UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALDO J. DOMINGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR.,<br>et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06510-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 33)<br><br>**ORDER DENYING MOTION TO STRIKE** (Doc. 25)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 23)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff Reginaldo J. Dominquez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 10, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

///

days.  On June 21, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2005, is ADOPTED IN FULL;

2. Plaintiff's motion to strike the declarations submitted by defendants in support of their motion, filed January 24, 2005, is DENIED;

3. Defendants' motion to dismiss, filed January 3, 2005, is GRANTED; and,

4. This action is DISMISSED, without prejudice, on the ground that plaintiff failed to exhaust the administrative remedies in compliance with 42 U.S.C. § 1997e(a).

IT IS SO ORDERED.

**Dated:   July 7, 2005**                                **/s/ Oliver W. Wanger**
emm0d6                                                   UNITED STATES DISTRICT JUDGE